# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
- City: Boston
- County: Suffolk

**Category No.:** II
**Investigating Agency:** ATF/BPD

**Related Case Information:** 13CR10296-

- Superseding Ind./ Inf. Case No.: ___
- Same Defendant ___ New Defendant ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

## Defendant Information:

- **Defendant Name:** VERISSIMO TAVARES
- Juvenile: [ ] Yes [✓] No
- Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
- **Alias Name:** ___
- **Address:** (City & State) RANDOLPH, MA
- **Birth date (Yr only):** 1990  **SSN (last4#):** 0516  **Sex:** M  **Race:** CAPE VERDEAN  **Nationality:** ___
- **Defense Counsel if known:** ___  **Address:** ___
- **Bar Number:** ___

## U.S. Attorney Information:

- **AUSA:** John A. Wortmann, Jr.
- **Bar Number if applicable:** 5343860

- **Interpreter:** [ ] Yes [✓] No  List language and/or dialect: ___
- **Victims:** [ ] Yes [✓] No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No
- **Matter to be SEALED:** [ ] Yes [✓] No
- [✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

## Location Status:

**Arrest Date:** ___

- [ ] Already in Federal Custody as of ___ in ___
- [✓] Already in State Custody at Norfolk House of Corrections   [ ] Serving Sentence   [✓] Awaiting Trial
- [ ] On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** [ ] Complaint  [ ] Information  [✓] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [ ] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10-9-13   **Signature of AUSA:** _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  VERISSIMO TAVARES

## U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | 18 U.S.C. §924(d)/28 U.S.C. §2461(c) | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011