**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or

any of his deputies and to:

**PETER PERRONCELLO, SUPERINTENDENT**
**NORFOLK COUNTY CORRECTIONAL CENTER**
**200 WEST STREET, DEDHAM, MASSACHUSETTS**

**YOU ARE COMMANDED** to have the body of **VERISSIMO TAVARES,** now in your

custody, before the United States District Court for the District of Massachusetts at Boston on

October 30, 2013 at 11:00a.m. for the purpose of an Initial Appearance and Arraignment in

Courtroom 15, Fifth Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts

in the case of United States v. Verissimo Tavares, Criminal No. 13-10296-DPW.   And you are to

retain the body of said **VERISSIMO TAVARES** while before said Court upon said day and upon

such further days thereafter as his attendance before said Court shall be necessary, and as soon as

may be thereafter to return said prisoner to the institution from which he was taken, under safe and

secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose

aforesaid.

**Dated at Boston in said District this 25th day of October, 2013.**

_Judith Gail Dein_
_____
**JUDTIH G. DEIN**
**UNITED STATES MAGISTRATEJUDGE**

By: _Thomas F. Quinn_
**THOMAS QUINN**
**Deputy Clerk**

Requested by AUSA John A. Wortmann, Jr.