UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
13-10296-DPW

UNITED STATES OF AMERICA

v.

VERISSIMO TAVARES

### INITIAL SCHEDULING ORDER

October 30, 2013

DEIN, M.J.

The above named defendant has been arraigned before this court on **October 30, 2013**, and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4. The parties have reported that Automatic Discovery under LR 116.1(c) and the disclosure of exculpatory evidence under LR 116.2(b)(1) have been completed.

The Initial Status Conference will be held on **December 2, 2013 at 10:00AM in Courtroom #15 on the 5th Floor**.[1] The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **November 27, 2013**.

            / s / Judith Gail Dein
            Judith Gail Dein
            United States Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. See Fed. R. Crim. P. 43(c)(3).