# EXHIBIT 2

ShotSpotter Incidents Report
BOST  -  Phase 1
Prepared  2/5/2014        8:56:52AM



-400-

| | | | |
|---|---|---|---|
| 178,856 | 8/4/2013 12:41:59AM | Multiple Gunshots | 70 Clarkson St |

2 -401-