# EXHIBIT 3

<␊</␊>

