# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 13-10296-DPW
)
)
VERISSIMO TAVARES )

## STIPULATION OF FACT

The United States of America and defendant Verissimo Tavares hereby stipulate and agree that the following facts are true:

(1) That, prior to August 4, 2013, the defendant had been convicted of a crime punishable by imprisonment exceeding one year.

Respectfully submitted,

CARMEN N. ORTIZ
UNITED STATES ATTORNEY

By: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207

_____
BEHZAD MIRHASHEM
Office of the Federal Defender
51 Sleeper Street, 5th Floor
Boston, MA 02110
(617) 223-8061
Attorneys for VERISSIMO TAVARES

-1-