# EXHIBIT 7

U.S. v. Verissimo Tavares           **DRAFT 7-14-14**
13-10296-DPW
911 Call
DATE: 8/4/2013
TIME: 12:34:02 A.M.

**********

| | |
|---|---|
| OPERATOR: | 911. This call is recorded. Operator 406. What is the location of your emergency? |
| CALLER: | Yes, I'm calling from ▌Barry Park in Dorchester. |
| OPERATOR: | Do you need police, fire, or ambulance? |
| CALLER: | No, they have a party going on and they're all in the street. It's like a flash mob, and they're drinking and fighting. |
| OPERATOR: | Okay. About how many people? |
| CALLER: | I can't even count. It's a whole bunch of them. It's like 40 of them out there, and they block off Barry Park. They're on both sides of the no parking street. They're blocking the street completely with cars. |
| OPERATOR: | Okay. |
| CALLER: | And they're out there fighting. Please send an officer right now. |
| OPERATOR: | Okay. Would you like to leave your first name or telephone number? |
| CALLER: | No, I need it to be anonymous. |
| OPERATOR: | Okay. And you stated that they blocked off the street? Did they block it off with barricades? |
| CALLER: | No, the cars on Barry Park. They blocked it completely. They are parked all on the side where it says no parking. |
| OPERATOR: | Okay. And – |
| CALLER: | And the cars, they can't even get through. |
| OPERATOR: | Okay. Did you see people fighting out there? |
| CALLER: | They were fighting a minute ago in the middle of the street. |

| | |
|---|---|
| OPERATOR: | Okay. About how many people were fighting? Do you know? Were you able to see? |
| CALLER: | No, I can't tell. The party is going on. I think it's between 24 and 26 Barry Street, and when you send officers you're going to see what they did on Barry Park. |
| OPERATOR: | Okay. Between 24 and what was the other number? |
| CALLER: | I think it's between 24 and 26 is the party. |
| OPERATOR: | Okay. Do you know if they were originally inside? |
| CALLER: | They're all outside in the street. |
| OPERATOR: | Okay. But do you know if they were inside at any point? Do you know if this was like a house party that just got too large? |
| CALLER: | It's a house party and this has been going on since this afternoon. |
| OPERATOR: | Okay. Do you know if they have any DJ equipment set up? |
| CALLER: | Probably. I'm hearing the music. |
| OPERATOR: | Okay. Do you know if they're charging admission? |
| CALLER: | I don't know. |
| OPERATOR: | Not sure? Okay. |
| CALLER: | No, I don't know, but the whole of Barry Park is blocked off. The cars are blocking the street. You can't get out. All up on the sidewalk where the no parking signs are. |
| OPERATOR: | Okay. |
| CALLER: | I am an elderly person, and I need to get my rest. |
| OPERATOR: | Okay. Do you know – just one more question. Do you know approximately how many cars are out there? |
| CALLER: | Oh, God, the whole street. The whole street, both sides, on both sides of Barry Park, all up on the sidewalk where it has the no parking sign. Please get an officer out here. I need to get – I can't take this. |

2

| | |
|---|---|
| OPERATOR: | Okay, ma'am, we are going to send the next available police officer. Okay? |
| CALLER: | And please just call it anonymous. |
| OPERATOR: | Okay. I did put it in as anonymous. |
| CALLER: | This is the second time I'm calling. They need to come out here immediately. |
| OPERATOR: | Okay. We will send them over. Okay? |
| CALLER: | Alright. |
| OPERATOR: | Thank you very much for calling. Have a good night. Take care. |
| CALLER: | You too. |
| OPERATOR: | Okay. Bye-bye. |

End of Call

3

| | |
|---|---|
| U.S. v. Verissimo Tavares | **DRAFT 7-14-14** |
| 13-10296-DPW | |
| 911 Call | |
| DATE: 8/4/2013 | |
| TIME: 12:42:54 A.M. | |

**********

| | |
|---|---|
| OPERATOR: | 911. This call is recorded. Operator 276. What is the location of your emergency? |
| CALLER: | ▮Clarkson Street. There were shots fired. |
| OPERATOR: | ▮Clarkson? |
| CALLER: | Yeah. |
| OPERATOR: | How many shots did you hear? |
| CALLER: | Umm, Like five. |
| OPERATOR: | Okay. Did you see anything at all? |
| CALLER: | No, I just seen a bunch of people. I'm in my house. I just seen a bunch of people outside running. |
| OPERATOR: | Okay. Alright, we'll send them out. |
| CALLER: | Thank you. |
| OPERATOR: | Thank you |

End of Call

U.S. v. Verissimo Tavares                                      **DRAFT 7-14-14**

13-10296-DPW
911 Call
DATE: 8/4/2013
TIME: 12:43:18

**********

| | |
|---|---|
| OPERATOR: | 911. This line is recorded. Operator 394. What is the location of your emergency? |
| CALLER: | Yeah, I hear a shooting in front of my house at ▮ Clarkson in Dorchester. |
| OPERATOR: | ▮ Clarkson? |
| CALLER: | Yeah, in Dorchester. It's like a party in front of my house and they're shooting somebody. I don't know, but it's crazy. It's crazy out there. |
| OPERATOR: | How many shots did you hear, sir? |
| CALLER: | I heard like three. |
| OPERATOR: | Did you see anything or just hear the shots? |
| CALLER: | No, no, no. I'm in my house, but I hear the shots in front of my house. So, I said they got a party over there. I don't know what happened, what's going on over there. |
| OPERATOR: | Okay. Do you want to leave your name or phone number, sir? |
| CALLER: | Huh? |
| OPERATOR: | Do you want to leave your name or telephone number? |
| CALLER: | Umm, What do you mean with that? |
| OPERATOR: | Do you want to leave your name or phone number in case the officers want to contact you? |
| CALLER: | Uhm...yeah. |
| OPERATOR: | What's your name, sir? |
| CALLER: | Ray. |

| | |
|---|---|
| OPERATOR: | Ray. And what's your telephone number, Ray? |
| CALLER: | ▮▮▮▮▮▮ |
| OPERATOR: | Okay. We have officers heading over there now, Ray, okay? |
| CALLER: | Alright. |
| OPERATOR: | Thank you very much, sir. |
| CALLER: | Okay. |
| OPERATOR: | Bye-bye. |

End of Call

U.S. v. Verissimo Tavares                                     DRAFT 7-14-14
13-10296-DPW
911 Call
DATE: 8/4/2013
TIME: 12:42:44

**********

| | |
|---|---|
| OPERATOR: | 911. This call is recorded. Operator 306. What is the location of your emergency? |
| CALLER: | Yeah, I think there's a shootout on umm on Clarkson Street. |
| OPERATOR: | Clarkson Street? |
| CALLER: | Clarkson, Clarkson Street, yeah. |
| OPERATOR: | Okay. Is it C-L-A-R-K.... |
| CALLER: | And the street is all blocked. |
| OPERATOR: | I know. I'm trying to determine what street you're telling me. Is it C-L-A-R-K, Clarkson? |
| CALLER: | In Dorchester. |
| OPERATOR: | Could you spell the street for me, please? Is it Clarkson Street? |
| CALLER: | It's Clarkson, yeah. C-L-A-R – |
| OPERATOR: | -- K-S-O-N? |
| CALLER: | Yeah. |
| OPERATOR: | Okay. Do you know what number? |
| CALLER: | Right now we're a[redacted] |
| OPERATOR: | Okay. We'll put a – |
| CALLER: | And the street is loaded. |
| OPERATOR: | Do you see anybody injured out there? |
| CALLER: | There's people running. The police is coming right now. |

| | |
|---|---|
| OPERATOR: | Alright. Thank you. |
| CALLER: | There's people running and everything around. |
| OPERATOR: | Okay. I have that call in. Do you want to leave your name with us? |
| CALLER: | Pardon me? |
| OPERATOR: | Do you want to leave your name? |
| CALLER: | Yeah, my name is Henry. |
| OPERATOR: | Okay, Henry. We have that call in, so next available is going to be over there. Okay? We have the call in. |
| CALLER: | Thank you. |

End of Call